UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TDC NATIONAL ASSURANCE COMPANY,<br><br>                           Petitioner,<br><br>          v.<br><br>MARSH USA LLC,<br><br>                          Respondent. | 25-CV-8095 (DEH)<br><br>MEMORANDUM ORDER |

DALE E. HO, United States District Judge:

On October 1, 2025, Petitioner filed a Petition to Enforce an Arbitral Subpoena. ECF No. 8. It is hereby ORDERED that Respondent shall file any Opposition **by October 8, 2025**. Petitioner shall file any Reply **by October 10, 2025**.

It is also ORDERED that Petitioner shall serve the Petition and this Order on Respondent **by October 3, 2025**, and file proof of service within two (2) business days of such service.

SO ORDERED.

Dated:  October 2, 2025
       New York, New York

_____
DALE E. HO
United States District Judge