UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TDC National Assurance Company,<br><br>　　　　　　　　　Plaintiff(s),<br><br>　　　　v.<br><br>Marsh USA, LLC f/k/a Marsh USA Inc.,<br><br>　　　　　　　　　Defendant(s). | 25-CV-08095 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On October 8, 2025 the Court received an unopposed motion, ECF No. 15, from third-party Acadia Assurance Company ("Acadia") to seal the Petition to Enforce Arbitral Subpoena ("Petition"), ECF No. 8. Acadia attached proposed redactions to the Petition in its motion to seal. ECF No. 15, Ex. A. This motion is **GRANTED**.

The Court has reviewed the proposed redactions and finds them appropriately tailored such that the presumption of public access to the information contained therein is overcome by the interest in confidentiality in arbitration. *Stafford v. Int'l Bus. Mach. Corp.*, 78 F.4th 62, 71 (2d Cir. 2023). The Clerk of Court is respectfully directed to modify the viewing level for Petition, ECF No. 8, to Plaintiff, Defendant, and Third Party Plaintiff. The Clerk of Court is also respectfully directed to terminate ECF No. 15.

SO ORDERED.

Dated: October 9, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge