# WILLKIE FARR & GALLAGHER LLP

787 Seventh Avenue
New York, NY 10019-6099
Tel: 212 728 8000
Fax: 212 728 8111

October 9, 2025

**VIA ECF**

The Honorable Dale E. Ho
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 905
New York, NY 10007

> Application **GRANTED**. For substantially the reasons stated in ECF No. 15, the Court finds the presumption of public access overcome. Respondent may file its Opposition under seal, and the Court will maintain it under seal pending the Court's review of a redacted version, to ensure that proposed redactions are narrowly tailored. SO ORDERED. The Clerk of the Court is respectfully directed to terminate ECF No. 16.
>
> Dated: October 9, 2025
> New York, New York
>
> Dale E. Ho
> United States District Judge

Re:   <u>TDC National Assurance Company v. Marsh USA LLC</u>, No. 25-cv-8095(DEH)

Dear Judge Ho:

I write on behalf of Respondent Marsh USA LLC ("Marsh") in the above-referenced action. Pursuant to Rule 6 of Your Honor's Individual Rules and Practices in Civil Cases, Marsh respectfully requests permission to file its Opposition to the Petition to Enforce Arbitral Subpoena (the "Opposition") under seal.

On October 8, 2025, Third-Party Acadia Assurance Company ("Acadia") filed a letter motion in the above-referenced action (ECF No. 15), which explained that the underlying arbitration between Acadia and TDC National Assurance Company ("TDC") is governed by a Confidentiality Agreement and Protective Agreement. According to Acadia's letter motion, information concerning all aspects of the underlying arbitration is to be kept confidential, and submissions to a court containing any such information are to be sealed or redacted. Based on the foregoing, Acadia has requested that Marsh file its Opposition under seal, and Marsh seeks permission from this Court to do so and to file a redacted, public version of its Opposition after it consults with TDC and Acadia regarding the aspects of the Opposition to redact.

We are available at Your Honor's convenience should the Court require any additional information. Thank you for your consideration of this request.

Respectfully submitted,

/s/ *Jocelyn M. Sher*
Jocelyn M. Sher