**MEMO ENDORSED**

WWW.GVLAW.COM

# GALLO VITUCCI KLAR LLP

Crystal Monahan
Partner
90 Broad Street, 12th Floor
New York, NY 10004
cmonahan@gvlaw.com
212-683-7100 ext. 2144

> Application **GRANTED**. For Substantially the reasons stated in ECF No. 15, the Court finds the presumption of public access overcome. Petitioner may file its Reply under seal. The Court has reviewed the proposed redactions and find them appropriately tailored. **SO ORDERED**. The Clerk of Court is respectfully directed to terminate ECF No. 23.
>
> Dated: October 14, 2025
> New York, New York
>
> */s/ Dale E. Ho*
> Dale E. Ho
> United States District Judge

October 13, 2025

*Via ECF*

The Honorable J. Dale E. Ho
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   TDC National Assurance Company v. Marsh USA, LLC f/k/a Marsh USA Inc.
      Case No.: 25-cv-8095-DEH

Your Honor:

We represent Petitioner TDC National Assurance Company ("TDC"), a participant in the confidential arbitration underlying the above-referenced action. We submit this letter motion to ask this Court to seal portions of TDC's Reply in Support of its Petition to Enforce Arbitral Subpoena ("Reply"), supporting Declaration of Bruce M. Friedman ("Declaration"), and one of the exhibits thereto. Specifically, TDC asks this Court to approve the redacted versions attached as Exhibits A and B, as the publicly available versions of TDC's Reply and Declaration, and also seal Exhibit 4 to TDC's Reply, which is an arbitration panel ruling.

This afternoon we requested Acadia's consent to the proposed redactions and sealing, but have not yet gotten a response.

TDC respectfully refers this Court to the previously filed and unopposed letter motion of Acadia Assurance Company ("Acadia") [Docket No. 15] for further discussion of the underlying arbitration and the scope of the Confidentiality Agreement the parties executed therein. For the same reasons discussed in Acadia's letter motion, TDC submits that parts of TDC's Reply brief and the Declaration contain confidential Arbitration Information that TDC agreed to keep confidential in court proceedings pursuant to the Confidentiality Agreement. TDC accepts and does not oppose Acadia's position set forth in its letter motion [Docket No. 15] that the confidential information contained in TDC's Reply and Declaration is not "necessary" to this Court's ability to rule on the Petition, which addresses only whether the Arbitration Panel's subpoena for trial

testimony of a corporate representative of a third-party is enforceable.

Such information includes:

* Non-public facts disclosed or at issue in the Arbitration;
* TDC's views as to the merits of its legal defenses in the Arbitration;
* Characterizations of, and quotations from, the Panel's rulings; and
* Procedural matters in the Arbitration.

In deciding whether to seal filed materials, the Court must conduct a three-step inquiry:

> (1) determine "whether the record at issue is a judicial document – a document to which the presumption of public access attaches;"
>
> (2) "if the record sought is determined to be a judicial document, the court proceeds to determine the weight of the presumption of access to that document;" and
>
> (3) identify the "factors that legitimately counsel against disclosure of the judicial document and balance those factors against the weight properly accorded the presumption of access."

*Giuffre v. Maxwell*, 146 F.4th 165, 175 (2d Cir. 2025) (*citing Stafford v. Int'l Bus. Machs. Corp.*, 78 F.4th 62, 69-70 (2d Cir. 2023), *cert. denied*, 144 S. Ct. 1011 (2024) (internal quotation marks and citations omitted)).

TDC relies on and respectfully refers the Court to the discussion and argument set forth in Acadia's letter motion regarding sealing [Docket No. 15 at pp. 3-4].

For the same reasons set forth in Acadia's letter motion, TDC respectfully requests that the Court approve the redacted Reply and Declaration (Exs. A & B) for the public docket, and also seal Exhibit 4 to the Reply.

Sincerely,

*Crystal Monahan*

Crystal Monahan

Cc:   All Counsel of Record (via ECF)