UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TDC National Assurance Company,<br><br>                    Plaintiff(s),<br><br>          v.<br><br>Marsh USA, LLC f/k/a Marsh USA Inc.,<br><br>                    Defendant(s). | 25-CV-8095 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On October 15, 2025, third-party Acadia Assurance Company ("Acadia") filed a second letter motion, ECF No. 28, asking the Court to seal new filings submitted by Plaintiff TDC National Assurance Company ("TDC"). Specifically, Acadia requests that the Court seal TDC's redacted version of its Reply, ECF No. 23-1, and supporting declaration, ECF No. 23-2; to replace those public versions with proposed additional redactions, attached to the letter motion as Exhibits A and B, ECF Nos. 28-1 & 28-2; and to permanently seal TDC Reply Exhibits 1, 2, 3, and 5, ECF Nos. 24-2, -3, -4, and 25-2, -3, -4, -6. This letter motion is unopposed by TDC.

This motion is **GRANTED**. For substantially the reasons stated in ECF No. 15, the Court finds the proposed redactions narrowly tailored and that the presumption of public access is overcome. Plaintiff TDC is **ORDERED** to re-file its reply on the public docket with the redactions that reflect Acadia's proposed redactions, ECF Nos. 28-1 & 28-2, by no later than October 21, 2025. Additionally, in accordance with this Court's prior Order, ECF No. 21, Plaintiff TDC is **ORDERED** to re-file its petition on the public docket with the redactions that reflect Acadia's proposed redactions, ECF Nos. 15-1, 15-2, by no later than October 21, 2025. The Court has also reviewed Defendant's publicly filed redacted Opposition and supporting declaration, ECF Nos. 31 & 32, and has determined those redactions to be narrowly tailored;

pursuant to this Court's prior Order, ECF No. 22, the unredacted Opposition will remain under seal. The Court notes, however, that Exhibit A to Defendant's redacted Opposition declaration, ECF No. 32-1, appears to be the same document as TDC Reply Exhibit 5, ECF No. 25-6. For the same reasons articulated above, Defendant's redacted Exhibit A to the Opposition declaration shall be sealed in its entirety.

The Clerk of Court is respectfully directed to modify the viewing level for Reply, ECF No. 23, to Plaintiff, Defendant, and Third-Party Plaintiff Acadia. Further, the Clerk of Court is respectfully directed to the modify the viewing level for Opposition Declaration Exhibit A, ECF No. 32-1, to Plaintiff, Defendant, and Third-Party Plaintiff Acadia. Finally, the Clerk of Court is respectfully directed to terminate ECF No. 28.

SO ORDERED.

Dated: October 22, 2025
      New York, New York

                                           DALE E. HO
                                United States District Judge