UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TDC National Assurance Company,<br><br>      Plaintiff(s),<br><br>   v.<br><br>Marsh USA LLC,<br><br>      Defendant(s). | 25-CV-8095 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  The Petition was denied on October 17, 2025, see ECF No. 30. The Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Dated: November 14, 2025
   New York, New York

                   DALE E. HO
                United States District Judge